BURWELL *against* JACKSON, original suit. — JACKSON
*against* BURWELL, cross suit.

*Contract for sale of lands ; implied warranty of title ;*
*" good and sufficient deed of conveyance."*

IT was *held*, in this case, that in every contract for
the sale of lands, there is, on the part of the vendor, an
implied warranty that he has a good title to that which
he assumes to sell, unless such warranty is expressly
excluded by the terms of the contract.

That this implied warranty exists so long as the con-
tract remains executory ; and ceases only upon the exe-
cution of the contract by a deed or conveyance, when
the law applies the maxim *caveat emptor* to the case,
and throws upon the purchaser the responsibility of
seeing that he is protected by suitable express cove-
nants.

Where, therefore, in a contract for the sale of lands,
the vendors covenanted, that they would " execute or
cause to be made and executed to the party of the
second part, on the first day of June, 1836, *a good and*
*sufficient deed of conveyance*" of a certain lot of land,
it was held, that this covenant bound the vendors to
*convey a good title* to the purchaser ; and the title of
the vendors having been extinguished before convey-
ance, by sale under a mortgage, although the mortgage
existed and was upon record at the time of making the
contract, it was held, that the purchaser had a right to
treat the contract as rescinded ; and that he might set
up this failure of the vendor's title as a defence to an
action, brought to enforce payment of a judgment ob-
tained upon a note given in part payment of the first
instalment of purchase-money ; such judgment having
been rendered before the extinguishment of the ven-
dor's title, by the sale under the mortgage, and con-

sequently at a time when the purchaser had no valid defence.

(S. C., 9 N. Y. 535.